UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| KIMBERLY HANDSHOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO: 1:16-CV-00144-RL-SLC |
| | ) | |
| DEXTER AXLE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## **STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Kimberly Handshoe and Defendant Dexter Axle Company, by their respective counsel, hereby stipulate to the dismissal with prejudice of all claims in this action, with each party to bear their own attorneys' fees and costs.

Dated: July 20, 2017

| | |
|---|---|
| CHRISTOPHER C. MYERS & ASSOCIATES | FAEGRE BAKER DANIELS LLP |
| | |
| s/ Lori W. Jansen | s/ Jennifer Bickley Hull |
| Christopher C. Myers | Jennifer Bickley Hull (#20793-71) |
| Lori W. Jansen | Angela N. Johnson (#32025-71) |
| 809 South Calhoun Street, Suite 400 | 202 South Michigan Street, Suite 1400 |
| Fort Wayne, IN  46802 | South Bend, IN  46601 |
| Phone:  (260) 424-0600 | Phone:  (574) 234-4149 |
| Fax:  (260) 424-0712 | Fax:  (574) 239-1900 |
| cmyers@myers-law.com | Jennifer.Hull@FaegreBD.com |
| ljansen@myers-law.com | Angela.Johnson@FaegreBD.com |
| | |
| *Attorney for Plaintiff, Kimberly Handshoe* | *Attorneys For Defendant, Dexter Axle Company* |